LOCAL FORM 2
PAY ADVICE COVER SHEET

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

In re:                                     )
    **Bryce Kelly Barfield**     ,    )
                              ,    )   Case No. _____
                                   )   Chapter    **13**
Debtor..                                   )

### PAY ADVICE COVER SHEET

The following pay advice/income record information is filed on behalf of the debtors:

☐     Pay advices are attached as follows:

| Employer | Beginning date | Ending date |
|---|---|---|
| **Mike Little Construction** | **05/12/2014** | **07/12/2014** |

☐     The debtor certifies by his/her signature below that he/she has no pay records because: _____

Dated on  **July 12, 2014**  .

/s/ Bryce Kelly Barfield
**Bryce Kelly Barfield**
(Debtor Signature)
☐ Pro se Debtor
☒ Represented by Counsel

/s/ James E. Palinkas
(Attorney Signature)

**James E. Palinkas 15037**
**318 N. Broadway**
**Shawnee, OK 74801**

**(405) 275-0216**
**(405) 275-0286**
**jim@jepalinkas.com**