**Mike Little Construction Co.**                                                                                                                                                8290

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Bryce K Barfield, 323 N Market, Shawnee, OK 74801 | | | | | ***-**-4384 | Single/Single | Fed-2/0/OK-2/0 |
| | | | | | Pay Period: 06/05/2014 - 06/18/2014 | | Pay Date: 06/20/2014 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Project Manager Hourly | 79.00 | 31.50 | 2,488.51 | 9,623.26 |
| Comp Time | 1.00 | 31.50 | 31.50 | 708.75 |
| Vehicle Allowances | | 1,047.11 | 1,047.11 | 1,913.81 |
| Insurance Allowances | | 578.23 | 578.23 | 1,044.93 |
| Holiday Pay | | | 0.00 | 252.00 |
| | | | 4,145.35 | 13,542.75 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -789.00 | -2,229.00 |
| Social Security Employee | -257.01 | -839.65 |
| Medicare Employee | -60.11 | -196.37 |
| OK - Withholding | -193.00 | -588.00 |
| | -1,299.12 | -3,853.02 |

| Net Pay | 2,846.23 | 9,689.73 |
|---|---|---|

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Sick/CompTime | 22.50 | 0.75 |
| Vacation | | 0.00 |

Mike Little Construction Company, Inc., 1901 N Kickapoo Ave, 1901 N. Kickapoo Ave, Shawnee, OK 74804                          Powered by **Intuit Payroll**

**Mike Little Construction Co.**   7984

Employee: Bryce K Barfield, 323 N Market, Shawnee, OK 74801
SSN: ***-**-4384   Status (Fed/State): Single/Single   Allowances/Extra: Fed-2/0/OK-2/0
Pay Period: 04/10/2014 - 04/23/2014   Pay Date: 04/25/2014

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Project Manager Hourly | 21.00 | 31.50 | 661.50 | 661.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -27.00 | -27.00 |
| Social Security Employee | -41.01 | -41.01 |
| Medicare Employee | -9.59 | -9.59 |
| OK - Withholding | -10.00 | -10.00 |
|  | -87.60 | -87.60 |

Net Pay: 573.90   573.90

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Sick/CompTime |  | 0.00 |
| Vacation |  | 0.00 |



May 9th
Gross:
Taxes:
Net:

Mike Little Construction Company, Inc., 1901 N. Kickapoo Ave, Shawnee, OK 74804, 1901 N Kickapoo Ave   Powered by Intuit Payroll

---

**Mike Little Construction Co.**   8111

Employee: Bryce K Barfield, 323 N Market, Shawnee, OK 74801
SSN: ***-**-4384   Status (Fed/State): Single/Single   Allowances/Extra: Fed-2/0/OK-2/0
Pay Period: 05/08/2014 - 05/21/2014   Pay Date: 05/23/2014

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Project Manager Hourly | 61.50 | 31.50 | 1,937.25 | 5,118.75 |
| Comp Time | 13.50 | 31.50 | 425.25 | 425.25 |
| Vehicle Allowances |  | 866.70 | 866.70 | 866.70 |
| Insurance Allowances |  | 466.70 | 466.70 | 466.70 |
|  |  |  | 3,695.90 | 6,877.40 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -667.00 | -1,087.00 |
| Social Security Employee | -229.15 | -426.40 |
| Medicare Employee | -53.59 | -99.72 |
| OK - Withholding | -169.00 | -287.00 |
|  | -1,118.74 | -1,880.12 |

Net Pay: 2,577.16   4,997.28

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Sick/CompTime | 13.50 | 0.00 |
| Vacation |  | 0.00 |

Mike Little Construction Company, Inc., 1901 N Kickapoo Ave, 1901 N. Kickapoo Ave, Shawnee, OK 74804   Powered by Intuit Payroll

---

**Mike Little Construction Co.**   8192

Employee: Bryce K Barfield, 323 N Market, Shawnee, OK 74801
SSN: ***-**-4384   Status (Fed/State): Single/Single   Allowances/Extra: Fed-2/0/OK-2/0
Pay Period: 05/22/2014 - 06/04/2014   Pay Date: 06/06/2014

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Project Manager Hourly | 64.00 | 31.50 | 2,016.00 | 7,134.75 |
| Holiday Pay | 8.00 | 31.50 | 252.00 | 252.00 |
| Comp Time | 8.00 | 31.50 | 252.00 | 677.25 |
| Vehicle Allowances |  |  | 0.00 | 866.70 |
| Insurance Allowances |  |  | 0.00 | 466.70 |
|  |  |  | 2,520.00 | 9,397.40 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -373.00 | -1,440.00 |
| Social Security Employee | -156.24 | -582.64 |
| Medicare Employee | -36.54 | -136.26 |
| OK - Withholding | -108.00 | -395.00 |
|  | -673.78 | -2,553.90 |

Net Pay: 1,846.22   6,843.50

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Sick/CompTime | 21.50 | 1.00 |
| Vacation |  | 0.00 |

Mike Little Construction Company, Inc., 1901 N Kickapoo Ave, 1901 N. Kickapoo Ave, Shawnee, OK 74804   Powered by Intuit Payroll