## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

RE:   BRYCE KELLY BARFIELD,   )
                              )   Case No. 14-12943 NLJ
         Debtor.              )   Chapter 13

### ENTRY OF APPEARANCE AND
### REQUEST FOR ALL NOTICES AND PLEADINGS

PLEASE TAKE NOTICE THAT:

Pursuant to Bankruptcy Rules 2002(g) and 9010(b), John W. Mee III of the law firm of MEE MEE HOGE & EPPERSON PLLP, hereby enters his appearance as counsel for Commerce Bank, a creditor in the above-styled bankruptcy proceeding, and requests that copies of all notices and pleadings in this case be mailed to him at the address stated below.  The Clerk of the Court is requested to place John W. Mee III on the mailing matrix in the above styled case.

DATED this 4th day of August, 2014

/s/   John W. Mee III
JOHN W. MEE III, OBA #013915
MEE MEE HOGE & EPPERSON PLLP
50 Penn Place
1900 NW Expressway, Suite 1400
Oklahoma City, OK   73118
Telephone:   (405) 848-9100
Facsimile:   (405) 848-9101
Jwm3@meehoge.com

ATTORNEYS FOR COMMERCE BANK
.

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August, 2014, a true and correct copy of the Entry of Appearance was electronically served using the CM/ECF system, namely:

James E. Palinkas, Attorney
John T. Hardeman, Trustee
United States Trustee

Further, I certify that on the 4th day of August, 2014, copies of the foregoing were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following at the addresses shown below:

DEBTOR:
Bryce Kelly Barfield
P.O. Box 3762
Shawnee, OK 74802

   /s/ John W. Mee III
John W. Mee III, OBA #013915
MEE MEE HOGE & EPPERSON PLLP
50 Penn Place
1900 NW Expressway, #1400
Oklahoma City, OK 73118
Telephone: (405) 848-9100
Facsimile:    (405) 848-9101
Jwm3@meehoge.com
ATTORNEYS FOR COMMERCE BANK