## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br><br>**BRYCE KELLY BARFIELD,**<br><br>     DEBTOR. | Case No.: BK-14-12943-NLJ<br>Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR
### SERVICE OF ALL PLEADINGS AND DOCUMENTS REQUIRED TO BE NOTICED

COMES NOW, BENEFICIAL FINANCIAL I INC., a secured creditor, and real party-in-interest in the above-styled and numbered case, and hereby enters its appearance and requests that service of all pleadings and documents required to be noticed, pursuant to Fed. R. Bankr. P. 2002, be served upon its attorney of record, Robert Hauge, of BAER, TIMBERLAKE, COULSON & CATES, P.C., whose address is listed below.

Dated: November 12, 2014.

                                        Respectfully submitted,

                                        **BAER, TIMBERLAKE, COULSON**
                                        **& CATES, P.C.**

                                        s/ Robert Hauge
                                        ROBERT HAUGE, O.B.A. # 20007
                                        6846 South Canton Ave., Ste. 100
                                        Tulsa, OK  74136
                                        Ph. (918) 491-3100
                                        Fax (918) 491-5424

                                        *Attorney for Creditor*

## **CERTIFICATE OF SERVICE**

      The following persons should have received notice of the above and foregoing instrument on the same day it was filed by the Court's CM/ECF Electronic Noticing System.

John Hardeman
P.O. Box 1948
Oklahoma City, OK  73101

James E. Palinkas
318 N. Broadway
Shawnee, OK  74801

                                        s/ Robert Hauge
                                        ROBERT HAUGE, O.B.A. # 20007