| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**WESTERN DISTRICT OF OKLAHOMA** | **FILED**<br>Mar. 11, 2015<br>Grant E. Price , Clerk<br>U.S. Bankruptcy Court<br>Western District of Oklahoma |

IN RE:

**Bryce Kelly Barfield**

Case No: **14–12943**

Chapter: **13**

DEBTOR(s).

## NOTICE OF CASE REASSIGNMENT

Pursuant to the Court's Order of March 10, 2015 (document number 29 ), this case has been reassigned due to the impending retirement of Judge Jackson.

Judge Janice D. Loyd has been added to the case. The involvement of Judge Niles L. Jackson has been terminated.

BY ORDER OF THE COURT,
Grant E. Price
Court Clerk

Dated: **March 11, 2015**

By: JTHO
Deputy Clerk